**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL F. ARANDA and
NUEVA INVERSIONES, LLC,

    Appellants,

v.                                         Case No: 8:08-cv-2394-T-30

ALPHA OMEGA LIQUIDATING
TRUST,

    Appellee.

## ORDER OF DISMISSAL

Before the Court is the Appellants' Agreed Motion to Dismiss Appeal (Dkt. #17).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Appellants' Agreed Motion to Dismiss Appeal (Dkt. #17) is GRANTED.

2. This cause is dismissed, with each party to bear their own appeal costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of October, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2008\08-cv-2394 dismiss 17.docx